COCHRAN et al. v. BECKER. (Circuit Court of Appeals, Eighth Circuit. January 20, 1919.) No. 5231. In Error to the District Court of the United States for the Eastern District of Missouri. Bertram B. Beshoar, of Denver, Colo., for plaintiffs in error. Oliver J. Miller, of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error. See, also, 257 Fed. 988, —— C. C. A. ——.

COCHRAN et al. v. BECKER. (Circuit Court of Appeals, Eighth Circuit. January 20, 1919.) No. 5247. Appeal from the District Court of the United States for the Eastern District of Missouri. Bertram B. Beshoar, of Denver, Colo., for appellants. Oliver J. Miller, of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee. See, also, 257 Fed. 988, —— C. C. A. ——.

CORNELL v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 2, 1918.) No. 5093. In Error to the District Court of the United States for the Eastern District of Missouri. Charles F. Krone and Clore Warne, both of St. Louis, Mo., for plaintiff in error. Arthur L. Oliver, U. S. Atty., of St. Louis, Mo., Charles P. Williams, Sp. Asst. Atty. Gen., and Vance J. Higgs, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party, in this court, on motion of counsel for defendant in error, for failure to file briefs.

HASTY et al. v. ST. LOUIS SOUTHWESTERN RY. CO. et al. (Circuit Court of Appeals, Eighth Circuit. March 25, 1919.) No. 4858. Appeal from the District Court of the United States for the Eastern District of Arkansas. W. E. Hemingway, G. B. Rose, D. H. Cantrell, and J. F. Loughborough, all of Little Rock, Ark., and V. M. Miles, of Ft. Smith, Ark., for appellants. J. M. Moore and George A. McConnell, both of Little Rock, Ark., for appellees.

PER CURIAM. Appeal dismissed, per stipulation of parties; costs in this court to be equally divided.

HUTCHISON v. HOUSTON et al. (Circuit Court of Appeals, Eighth Circuit. January 27, 1919.) No. 5371. Appeal from the District Court of the United States for the District of Kansas. J. G. Hutchison, of Kansas City, Mo., for appellant. J. Harvey Frith and Gilbert H. Frith, both of Emporia, Kan., and A. L. Berger, of Kansas City, Kan., for appellee Houston.

PER CURIAM. Cause docketed, and appeal dismissed, with costs, on motion of appellee Houston, pursuant to rule 16 (188 Fed. xi, 109 C. C. A. xi).

KUNTZ v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 2, 1918.) No. 5329. In Error to the District Court of the United States for the District of North Dakota. Edward S. Allen, of Bismarck, N. D., for plaintiff in error. Melvin A. Hildreth, U. S. Atty., of Fargo, N. D.

PER CURIAM. Cause docketed, and writ of error dismissed, on motion of defendant in error under rule 16 (188 Fed. xi, 109 C. C. A. xi) without costs to either party in this court.